July 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

EVERBANK, N.A., Appellant

NO. 14-15-00785-CV             V.

SEEDERGY VENTURES, INC., Appellee

_____

This cause, an appeal from the judgment signed June 15, 2015 in favor of Seedergy Ventures, Inc., was heard on the transcript of the record. We have inspected the record and find that Seedergy Ventures, Inc. was not entitled to summary judgment on the grounds asserted in its motion for summary judgment. We further find that EverBank, N.A. is entitled to summary judgment because it conclusively established that it is the holder of the note. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Seedergy Ventures, Inc. take nothing by its claims against EverBank, N.A.

We further order that all costs incurred by reason of this appeal be paid by Seedergy Ventures, Inc.

We further order this decision certified below for observance.